JOHN EDWARD TEALL, Appellant, v. EUGENE C. ROESER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Sands* v. *Comerford* (211 App. Div. 406) and *Lattimer* v. *Sun-Herald Corp.* (208 id. 503). All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JOHN EDWARD TEALL, Respondent, v. EUGENE C. ROESER, Appellant.— Order modified by striking out the first eleven lines of the 1st paragraph of the order as printed in the record, and as so modified affirmed, with ten dollars costs and disbursements to respondent. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ERNA KNIGHT, Respondent, v. ROBERT F. SCHELLING, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

SYLVIA KNIGHT, an Infant, by ERNA KNIGHT, Her Guardian ad Litem, Respondent, v. ROBERT F. SCHELLING, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CHARLES A. REID, Respondent, v. JESSIE M. JOSEPHS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN HALEY, Respondent, v. SUPERIOR ELEVATOR Co., INC., Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES P. HUNT, Respondent, v. JOHN KITZINGER, Appellant.— Motion granted and appeal dismissed, with costs. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

JAMES E. CLUNE, Respondent, v. WILLIAM F. WALDOW, as Sheriff of Erie County, and Others, Appellants.— Motion granted and appeal dismissed. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

AGNES M. KIRSCH, Appellant, v. WILLIAM G. DUNN and Another, Respondents. — Motion granted and appeal dismissed. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

JOSEPH KIRSCH, Appellant, v. WILLIAM G. DUNN and Another, Respondents.— Motion granted and appeal dismissed. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

SANTO FREDDURA and Another, Appellants, v. LAURA READ TRUCKENBROD and Another, Respondents.— Motion granted and appeal dismissed. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

CATHERINE SHIELDS, Respondent, v. WILLIAM H. MACLEAN, Appellant, Impleaded, etc.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOSEPH R. HAWN, Respondent, v. FRANK LAGATTUTA, Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.